MATTHEW V VAUGHAN
AMY A VAUGHAN
2070 N Broadway #4550
Walnut Creek, CA 94596
Phone: (669) 250-1321
Email: 5410trask@gmail.com

PLAINTIFFS, *PRO SE*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MATTHEW V VAUGHAN and AMY A VAUGHAN, as individuals and as a married couple having joint tenancy,<br><br>PLAINTIFFS,<br><br>v.<br><br>RUSSELL L WARDHAUGH, an individual; AMANDA N WARDHAUGH, an individual; CASTLEWOOD BROKERS, INC, a California corporation; RESPONSIVE REAL ESTATE AUCTIONS, LLC d/b/a RESPONSIVE REAL ESTATE, a California limited liability company; PETER A DREYFUSS, an individual; JEFFREY J NELSON, an individual; ROBERT W KAMP and ANA M KAMP, as individuals and as co-trustees of THE ROBERT W KAMP AND ANA M KAMP TRUST, DATED October 9, 2018; BOLINAS RD, LLC, a California limited liability company; TRASK LOFTS, LLC, a California limited liability company; SCOTT E CLARE, an individual; RANDALL L BRANAUGH, an individual; WILLIAM A WASKO, ESQ, an individual; CRUTRASK, INC, a California corporation; CRUTRASK CONSTRUCTION, INC, a California corporation; N VINCENT HAYES, JR, an individual; KAREN D HAYES, an individual; HAKIM M SABREE, an individual; TRASK LOFTS OWNERS ASSOCIATION, a California mutual benefit corporation; FIDELITY NATIONAL FINANCIAL, INC, a Delaware corporation; | Case No. 4:23-cv-02879-HSG<br><br>**ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO ENLARGE TIME TO FILE OPPOSITION AND REPLY RE MTC FINANCIAL INC d/b/a TRUSTEE CORPS'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT [L.R. 6-3, 7-11]**<br><br>[Filed concurrently with Administrative Motion to Enlarge Tim to File Responses to TRUSTEE CORPS'S Motion to Dismiss] |

CHICAGO TITLE COMPANY, a California corporation; LEENA M GURTIS, an individual; SEMIKO J PRIM, an individual; ROSS W KENNEDY, an individual; WENDEL ROSEN, LLP, a California limited liability partnership; NEAL A PARISH, ESQ, an individual; BAY AREA LAND SURVEYING, INC, a California corporation; MICHAEL J FOSTER, an individual; TAKAMI ENGINEERING GROUP, INC, a California corporation; HAROLD E HOWELL, an individual; SABI DESIGN BUILD LLC, a Delaware limited liability company; 2Y CONSTRUCTION, INC, a California corporation; The Estate of WILLIAM B WONG, a deceased individual; CITY OF OAKLAND a municipal corporation; ROBERT D MERKAMP, an individual; TIMOTHY C LOW, an individual; WELDON S WIRT, an individual; EMMANUEL WATSON, an individual; FELICIA L WANZO-BRYANT, an individual; RONALD J HURTZ, an individual; TERRANCE J HARRIS, an individual; XAVIER O LIVERMON, an individual; GLORIA J YAMATO, an individual; OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY, a Florida corporation; HELEN BENSON-STONE, an individual; COMPASS CALIFORNIA II, INC, a Delaware corporation; VERNON G MCCALLA, JR, an individual; JASON P MITCHELL, an individual; STERLING BANK & TRUST, a Michigan corporation; MOVEMENT MORTGAGE, a Delaware corporation; SERVICEMAC, LLC, a Delaware corporation; MTC FINANCIAL INC d/b/a TRUSTEE CORPS, a California corporation; AUCTION.COM, INC, a California corporation; FEDERAL NATIONAL MORTGAGE ASSOCIATION a/k/a FANNIE MAE, a corporation organized and existing under the laws of the United States of America; TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, a Connecticut corporation; ATLANTIC-PACIFIC INSURANCE BROKERS, INC, a California corporation; STERLING M FAIRHOLM, an individual; MITCHELL R VARHULA, an individual; and DOES 1 through 50, inclusive,

        Defendants.

The Court, having considered Plaintiffs' ADMINISTRATIVE MOTION TO ENLARGE TIME TO FILE OPPOSITION AND REPLY RE MTC FINANCIAL INC d/b/a TRUSTEE CORPS'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT, hereby ORDERS that the Plaintiffs' Motion is GRANTED. IT IS HEREBY ORDERED that date for Plaintiffs' to file their Opposition was October 27, 2023 and that the movant, TRUSTEE CORPS, shall file their Reply to Plaintiffs' Opposition, if any, on or before November 14, 2023.

IT IS SO ORDERED, this 1st day of November, 2023.

Honorable Haywood S. Gilliam, Jr.
United States District Court Judge