UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MATTHEW V VAUGHAN an ,

Plaintiff(s),

v.

RUSSELL L WARDHAUGH; ,

Defendant(s).

Case No. 4:23-cv-02879-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Christopher J. Balala, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Fidelity National Financial, et al. in the above-entitled action. My local co-counsel in this case is Ethan K. Friedman, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 208584.

| | |
|---|---|
| 103 Eisenhower Parkway, Suite 213, Roseland, NJ 07068 | 1550 Parkside Drive, Suite 300, Walnut Creek, CA 94596 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 973-863-7018 | 925-817-3704 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| Christopher.Balala@fnf.com | Ethan.Friedman@fnf.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5616461.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 31, 2023                                      Christopher J. Balala
                                                                                    APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Christopher J. Balala is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 11/1/2023

_____
UNITED STATES DISTRICT JUDGE



## Appellate Division of the Supreme Court of the State of New York
## Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Christopher Joseph Balala

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **August 16, 2018**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on October 30, 2023.

*Robert D. Mayberger*
Clerk of the Court

CertID-00144521



*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*
*Admissions Office*
*P.O. Box 7350, Capitol Station*
*Albany, NY 12224-0350*

*Robert D. Mayberger*
*Clerk of the Court*

AD3AdmissionsOffice@nycourts.gov
http://www.nycourts.gov/ad3/admissions
(518) 471-4778

*Anthony A. Moore*
*Director of Attorney Admissions*

To Whom It May Concern:

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Third Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Robert D. Mayberger
Clerk of the Court

Revised January 2022

ETHAN K. FRIEDMAN, SBN 208584
**Fidelity National Law Group**
**The Law Division of Fidelity National Title Group, Inc.**
1550 Parkside Drive, Suite 300
Walnut Creek, CA 94596
Telephone: (925) 817-3704
Facsimile: (925) 930-9588
ethan.friedman@fnf.com

Attorneys for Defendants
FIDELITY NATIONAL FINANCIAL, INC.
CHICAGO TITLE COMPANY
LEENA M. GURTIS
SEMIKO J. PRIM
ROSS W. KENNEDY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| MATTHEW V. VAUGHAN and AMY A. VAUGHAN, as individuals and as a married couple having joint tenancy,<br><br>Plaintiffs,<br><br>v.<br><br>RUSSELL L. WARDHAUGH, an individual; AMANDA N. WARDHAUGH, an individual; CASTLEWOOD BROKERS, INC., a California corporation; RESPONSIVE REAL ESTATE AUCTIONS, LLC d/b/a RESPONSIVE REAL ESTATE, a California limited liability company; PETER A. DREYFUSS, an individual; JEFFREY J. NELSON, an individual; ROBERT W. KAMP and ANA M. KAMP, as individuals and as co-trustees of THE ROBERT W. KAMP AND ANA M. KAMP TRUST, DATED October 9, 2018; BOLINAS RD, LLC, a California limited liability company; TRASK LOFTS, LLC, a California limited liability company; SCOTT E. CLARE, an individual; RANDALL L. BRANAUGH, an individual; WILLIAM A. WASKO, ESQ., an individual; CRUTRASK, INC., a California corporation; CRUTRASK CONSTRUCTION, INC., a | Case No. 4:23-cv-02879-HSG<br><br>**ATTACHMENT TO APPLICATON FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br><br>Courtroom:  TBD<br>Judge:       Hon. Haywood S. Gilliam, Jr.<br>Trial Date:  None Set |

| | |
|---|---|
| 1 | California corporation; N. VINCENT HAYES, JR., an individual; KAREN D. HAYES, an individual; HAKIM M. SABREE, an individual; TRASK LOFTS OWNERS ASSOCIATION, a California mutual benefit corporation; FIDELITY NATIONAL FINANCIAL, INC., a Delaware corporation; LEENA M. GURTIS, an individual; SEMIKO J. PRIM, an individual; ROSS W. KENNEDY, an individual; WENDEL ROSEN, LLP, a California limited liability partnership; NEAL A. PARISH. ESQ.; an individual; BAY AREA LAND SURVEYING, INC., a California corporation; MICHAEL J. FOSTER, an individual; TAKAMI ENGINEERING GROUP, INC., a California corporation; HAROLD E. HOWELL, an individual; SABI DESIGN BUILD LLC, a Delaware limited liability company; 2Y CONSTRUCTION, INC., a California corporation; The Estate of WILLIAM B. WONG, a deceased individual; CITY OF OAKLAND, a municipal corporation; ROBERT D. MERKAMP, an individual; TIMOTHY C. LOW, an individual; WELDON S. WIRT, an individual; EMMANUEL WATSON, an individual; FELICIA L. WANZO-BRYANT, an individual; RONALD J. HURTZ, an individual; TERRANCE J. HARRIS, an individual; XAVIER O. LIVERMON, an individual; GLORIA J. YAMATO, an individual; OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY, a Florida corporation; HELEN BENSON-STONE, an individual; COMPASS CALIFORNIA II, INC., a Delaware corporation; VERNON G. MCCALLA, JR., an individual; JASON P. MITCHELL, an individual; STERLING BANK & TRUST, a Michigan corporation; MOVEMENT MORTGAGE, a Delaware corporation; SERVICEMAC, LLC,  a Delaware corporation; MTC FINANCIAL INC. d/b/a TRUSTEE CORPS, a California corporation; AUCTION.COM, INC., a California corporation; FEDERAL NATINOAL MORTGAGE ASSOCIATION a/k/a FANNIE MAE, a corporation organized and existing under the laws of the United States of America; TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, a Connecticut corporation; ATLANTIC-PACIFIC INSURANCE BROKERS, INC., a California corporation; STERLING M. FAIRHOLM, an individual; MITCHELL R. VARHULA, an individual; and DOES 1 through 50, inclusive, |

2
ATTACHMENT TO APPLICATION FOR ADMISSION OF ATTONEY PRO HAC VICE
4:23-cv-02879-HSG

1  Defendants.

2

3
| 103 Eisenhower Parkway, Suite 213, Roseland, NJ 07068 | 1550 Parkside Drive, Suite 300 Walnut Creek, CA 94596 |
|---|---|
| **MY ADDRESS OF RECORD** | **LOCAL CO-COUNSEL'S ADDRESS OF RECORD** |

6

7  Dated: October 31, 2023

8

9

10  **FIDELITY NATIONAL LAW GROUP**

11  /s/ CHRISTOPHER BALALA
CHRISTOPHER BALALA
12  Attorneys for Defendants
FIDELITY NATIONAL FINANCIAL, INC.
13  CHICAGO TITLE COMPANY
LEENA M. GURTIS
14  SEMIKO J. PRIM
ROSS W. KENNEDY
15

16  Dated: October 31, 2023

17  **FIDELITY NATIONAL LAW GROUP**

18

19  /s/ ETHAN K. FRIEDMAN
ETHAN K. FRIEDMAN
20  Attorneys for Defendants
FIDELITY NATIONAL FINANCIAL, INC.
21  CHICAGO TITLE COMPANY
LEENA M. GURTIS
22  SEMIKO J. PRIM
ROSS W. KENNEDY
23

24

25

26

27

28