|   |   |
|---|---|
| 1 | ETHAN K. FRIEDMAN, SBN 208584 |
| 2 | **Fidelity National Law Group**<br>**The Law Division of Fidelity National Title Group, Inc.** |
| 3 | 1550 Parkside Drive, Suite 300<br>Walnut Creek, CA 94596 |
| 4 | Telephone: (925) 817-3704<br>Facsimile: (925) 930-9588 |
| 5 | ethan.friedman@fnf.com |
| 6 | Attorneys for Defendants<br>FIDELITY NATIONAL FINANCIAL, INC. |
| 7 | CHICAGO TITLE COMPANY<br>LEENA M. GURTIS |
| 8 | SEMIKO J. PRIM<br>ROSS W. KENNEDY |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| MATTHEW V VAUGHAN and AMY A VAUGHAN, individuals, | Case No.: 4:23-cv-02879-HSG |
| Plaintiffs, | **ORDER GRANTING MOTION TO ENLARGE TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |
| vs. | **(LOCAL CIVIL RULE 6-3)** |
| RUSSELL L WARDHAUGH, an individual; AMANDA N WARDHAUGH, an individual; CASTLEWOOD BROKERS, INC, a California corporation; RESPONSIVE REAL ESTATE AUCTIONS, LLC d/b/a RESPONSIVE REAL ESTATE, a California limited liability company; PETER A DREYFUSS, an individual; JEFFREY J NELSON, an individual; ROBERT W KAMP and ANA M KAMP, as individuals and as co-trustees of THE ROBERT W KAMP AND ANA M KAMP TRUST, DATED October 9, 2018; BOLINAS RD, LLC, a California limited liability company; TRASK LOFTS, LLC, a California limited liability company; SCOTT E CLARE, an individual; RANDALL L BRANAUGH, an individual; CRUTRASK, INC, a California corporation; CRUTRASK CONSTRUCTION, INC, a California corporation; N VINCENT HAYES, JR, an individual; HAKIM M SABREE, an individual; TRASK LOFTS OWNERS ASSOCIATION, a California mutual benefit corporation; FIDELITY NATIONAL FINANCIAL, INC, a Delaware corporation; CHICAGO TITLE COMPANY, a California corporation; LEENA M GURTIS, an individual; | [Filed concurrently with: Motion; Declaration of Ethan K. Friedman]<br><br>Courtroom:  TBD<br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Trial Date:   None Set |

| | |
|---|---|
| 1 | SEMIKO J PRIM, an individual; ROSS W KENNEDY, an individual; WENDEL ROSEN, LLP, a California limited liability partnership; NEAL A PARISH, ESQ, an individual; BAY AREA LAND SURVEYING, INC, a California corporation; MICHAEL J FOSTER, an individual; TAKAMI ENGINEERING GROUP, INC, a California corporation; HAROLD E HOWELL, an individual; SABI DESIGN BUILD LLC, a California limited liability company; 2Y CONSTRUCTION, INC, a California corporation; WILLIAM B WONG, an individual; CITY OF OAKLAND a municipal corporation; ROBERT D MERKAMP, an individual; TIMOTHY C LOW, an individual; WELDON S WIRT, an individual; EMMANUEL WATSON, an individual; FELICIA L WANZO-BRYANT, an individual; RONALD J HURTZ, an individual; TERRANCE J HARRIS, an individual; XAVIER O LIVERMON, an individual; GLORIA J YAMATO, an individual; OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY, a Florida corporation; HELEN BENSON-STONE, an individual; COMPASS CALIFORNIA II, INC, a Delaware corporation; VERNON G MCCALLA, JR, an individual; JASON P MITCHELL, an individual; STERLING BANK & TRUST, a Michigan corporation; MOVEMENT MORTGAGE, a Delaware corporation; SERVICEMAC, LLC, a Delaware corporation; MTC FINANCIAL INC d/b/a TRUSTEE CORPS, a California corporation; AUCTION.COM, INC, a California corporation; FEDERAL NATIONAL MORTGAGE ASSOCIATION a/k/a FANNIE MAE, a government-sponsored enterprise; TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, a Connecticut corporation; ATLANTICPACIFIC INSURANCE BROKERS, INC, a California corporation; STERLING M FAIRHOLM, an individual; MITCHELL R VARHULA, an individual; and DOES 1 through 50, inclusive, |

Defendants.

  The Motion to Enlarge Time to Respond to Plaintiffs' First Amended Complaint ("Motion") filed by Defendants, FIDELITY NATIONAL FINANCIAL, INC., CHICAGO TITLE COMPANY, LEENA M. GURTIS, SEMIKO J. PRIM, ROSS W. KENNEDY (collectively the "Moving Parties") in the above-referenced action was filed with this Court.

  After consideration of the papers and arguments in support of Moving Parties' Motion, and for good cause shown, the Court HEREBY ORDERS THAT:

  The Motion is granted.

  The following defendants time to file a responsive pleading is extended from November 15 to December 18, 2023:  FIDELITY NATIONAL FINANCIAL, INC., CHICAGO TITLE COMPANY, LEENA M. GURTIS, SEMIKO J. PRIM, ROSS W. KENNEDY

  IT IS SO ORDERED.

Dated: 11/7/2023

_____
United States District Court Judge