MATTHEW V VAUGHAN
AMY A VAUGHAN
2070 N Broadway #4550
Walnut Creek, CA 94596
Phone: (669) 250-1321
Email: 5410trask@gmail.com

PLAINTIFFS, *PRO SE*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MATTHEW V VAUGHAN and AMY A VAUGHAN, as individuals and as a married couple having joint tenancy,<br><br>PLAINTIFFS,<br><br>v.<br><br>RUSSELL L WARDHAUGH, an individual; AMANDA N WARDHAUGH, an individual; CASTLEWOOD BROKERS, INC, a California corporation; RESPONSIVE REAL ESTATE AUCTIONS, LLC d/b/a RESPONSIVE REAL ESTATE, a California limited liability company; PETER A DREYFUSS, an individual; JEFFREY J NELSON, an individual; ROBERT W KAMP and ANA M KAMP, as individuals and as co-trustees of THE ROBERT W KAMP AND ANA M KAMP TRUST, DATED October 9, 2018; BOLINAS RD, LLC, a California limited liability company; TRASK LOFTS, LLC, a California limited liability company; SCOTT E CLARE, an individual; RANDALL L BRANAUGH, an individual; WILLIAM A WASKO, ESQ, an individual; CRUTRASK, INC, a California corporation; CRUTRASK CONSTRUCTION, INC, a California corporation; N VINCENT HAYES, JR, an individual; KAREN D HAYES, an individual; HAKIM M SABREE, an individual; TRASK LOFTS OWNERS ASSOCIATION, a California mutual benefit corporation; FIDELITY NATIONAL FINANCIAL, INC, a Delaware corporation; | Case No. 4:23-cv-02879-RFL<br><br>**STIPULATION TO CHANGE BRIEFING SCHEDULE FOR OAKLAND DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT; [~~PROPOSED~~] ORDER [L.R. 6-2]**<br><br>Hearing Date: Not set<br>Hearing Time: Not set<br>Judge: Hon. Rita F. Lin<br>Courtroom: Not set |

CHICAGO TITLE COMPANY, a California corporation; LEENA M GURTIS, an individual; SEMIKO J PRIM, an individual; ROSS W KENNEDY, an individual; WENDEL ROSEN, LLP, a California limited liability partnership; NEAL A PARISH, ESQ, an individual; BAY AREA LAND SURVEYING, INC, a California corporation; MICHAEL J FOSTER, an individual; TAKAMI ENGINEERING GROUP, INC, a California corporation; HAROLD E HOWELL, an individual; SABI DESIGN BUILD LLC, a Delaware limited liability company; 2Y CONSTRUCTION, INC, a California corporation; The Estate of WILLIAM B WONG, a deceased individual; CITY OF OAKLAND a municipal corporation; ROBERT D MERKAMP, an individual; TIMOTHY C LOW, an individual; WELDON S WIRT, an individual; EMMANUEL WATSON, an individual; FELICIA L WANZO-BRYANT, an individual; RONALD J HURTZ, an individual; TERRANCE J HARRIS, an individual; XAVIER O LIVERMON, an individual; GLORIA J YAMATO, an individual; OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY, a Florida corporation; HELEN BENSON-STONE, an individual; COMPASS CALIFORNIA II, INC, a Delaware corporation; VERNON G MCCALLA, JR, an individual; JASON P MITCHELL, an individual; STERLING BANK & TRUST, a Michigan corporation; MOVEMENT MORTGAGE, a Delaware corporation; SERVICEMAC, LLC, a Delaware corporation; MTC FINANCIAL INC d/b/a TRUSTEE CORPS, a California corporation; AUCTION.COM, INC, a California corporation; FEDERAL NATIONAL MORTGAGE ASSOCIATION a/k/a FANNIE MAE, a corporation organized and existing under the laws of the United States of America; TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, a Connecticut corporation; ATLANTIC-PACIFIC INSURANCE BROKERS, INC, a California corporation; STERLING M FAIRHOLM, an individual; MITCHELL R VARHULA, an individual; and DOES 1 through 50, inclusive,

        Defendants.

//

Plaintiffs MATTHEW V. VAUGHAN and AMY A. VAUGHAN (collectively, "Plaintiffs"), representing themselves *pro se*, and Defendants CITY OF OAKLAND, ROBERT D MERKAMP, TIMOTHY C LOW, WELDON S WIRT, EMMANUEL WATSON, FELICIA WANZO-BRYANT (the "Oakland Defendants"), by and through their counsel, (collectively the "Parties") submit the following stipulation to enlarge time to submit their respective briefs in response and reply to the Oakland Defendants' Motion To Dismiss Plaintiffs' First Amended Complaint:

1. The Oakland Defendants filed a Motion To Dismiss Plaintiffs' First Amended Complaint [Rule 12(b)(6)] on November 16, 2023. See, Dkt. No. 115.

2. The original hearing date for this motion was February 1, 2024.

3. On November 27, 2023, this case was reassigned to Hon. Rita F. Lin, and the February 1, 2024 hearing date was vacated. The hearing date for this motion has not yet been re-noticed.

4. The *pro se* Plaintiffs in this matter have responses to five (5) pre-pleading motions due over the next three (3) days and require a reasonable amount of additional time to file their responsive briefs.

5. The original filing date for Plaintiffs' response was November 30, 2023.

6. The original filing date for Oakland Defendants' reply was December 7, 2023.

7. The Parties agree to extend the time for Plaintiffs to respond to December 15, 2023 and for Oakland Defendants to reply to January 4, 2024.

8. No previous time modifications have been made for this motion, and in light of the vacated hearing date, the requested time modification will have no effect on the schedule for the case.

**IT IS SO STIPULATED.**

DATED: 11/29/2023                           By: /s/_____
                                                 MATTHEW V VAUGHAN
                                                 Plaintiff, *Pro Se*

DATED: 11/29/2023                         By: /s/ _____
                                              AMY A VAUGHAN
                                              Plaintiff, *Pro Se*


DATED: 11/29/2023                         By: /s/ _____
                                              MICHAEL QUIRK, ESQ
                                              H. LUKE EDWARDS, ESQ
                                              OFFICE OF OAKLAND CITY
                                              ATTORNEY BARBARA J. PARKER
                                              Attorneys for Defendants CITY OF
                                              OAKLAND, ROBERT D MERKAMP,
                                              TIMOTHY C LOW, WELDON S WIRT,
                                              EMMANUEL WATSON, FELICIA
                                              WANZO-BRYANT


FILER'S ATTESTATION: Pursuant to Local Rule 5-1, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

DATED: 11/29/2023                         Respectfully Submitted,

                                          By: /s/ _____
                                              AMY A VAUGHAN


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


DATED: 11/30/2023                         _____
                                          Honorable Rita F. Lin
                                          United States District Court Judge

---

STIPULATION TO CHANGE BRIEFING            4                    Case No. 4:23-cv-02879-RFL
SCHEDULE RE OAKLAND MTD