1  MATTHEW V VAUGHAN
   AMY A VAUGHAN
2  2070 N Broadway #4550
   Walnut Creek, CA 94596
3  Phone: (669) 250-1321
   Email: 5410trask@gmail.com
4
5  PLAINTIFFS, *PRO SE*

6

7

8

9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11                   **SAN FRANCISCO DIVISION**

12

13 | MATTHEW V. VAUGHAN and AMY A. VAUGHAN, as individuals and as a married couple having joint tenancy, | Case No. 4:23-cv-02879-RFL |
|---|---|
| Plaintiffs, | **STIPULATION TO CHANGE BRIEFING SCHEDULE RELATED TO MOVEMENT MORTGAGE, LLC'S AND SERVICEMAC, LLC'S MOTION TO DISMISS PLAINTIFF'S' AMENDED COMPLAINT; [~~PROPOSED~~] ORDER [L.R. 6-2]** |
| v. | |
| RUSSELL L. WARDHAUGH, an individual; AMANDA N. WARDHAUGH, an individual; CASTLEWOOD BROKERS, INC., a California corporation; RESPONSIVE REAL ESTATE AUCTIONS, LLC d/b/a RESPONSIVE REAL ESTATE, a California limited liability company; PETER A. DREYFUSS, an individual; JEFFREY J. NELSON, an individual; ROBERT W. KAMP and ANA M. KAMP, as individuals and as co-trustees of THE ROBERT W. KAMP AND ANA M. KAMP TRUST, DATED October 9, 2018; BOLINAS RD, LLC, a California limited liability company; TRASK LOFTS, LLC, a California limited liability company; SCOTT E. CLARE, an individual; RANDALL L. BRANAUGH, an individual; WILLIAM A. WASKO, ESQ., an individual; CRUTRASK, INC., a California corporation; CRUTRASK CONSTRUCTION, INC., a California corporation; N. VINCENT HAYES, JR., an individual; KAREN D. HAYES, an individual; HAKIM M. SABREE, an individual; TRASK LOFTS OWNERS ASSOCIATION, | Hearing Date:  Jan. 30, 2023<br>Hearing Time:  1:30 PM PST<br>Judge: Honorable Rita F. Lin<br>Courtroom: 15, 18TH FLOOR (VIA ZOOM)<br><br>Complaint Filed: June 12, 2023 |

| | |
|---|---|
| 1 | a California mutual benefit corporation; FIDELITY NATIONAL FINANCIAL, INC., a |
| 2 | Delaware corporation; LEENA M. GURTIS, an individual; SEMIKO J. PRIM, an individual; |
| 3 | ROSS W. KENNEDY, an individual; WENDEL ROSEN, LLP, a California limited liability |
| 4 | partnership; NEAL A. PARISH. ESQ.; an individual; BAY AREA LAND SURVEYING, |
| 5 | INC., a California corporation; MICHAEL J. FOSTER, an individual; TAKAMI |
| 6 | ENGINEERING GROUP, INC., a California corporation; HAROLD E. HOWELL, an |
| 7 | individual; SABI DESIGN BUILD LLC, a Delaware limited liability company; 2Y |
| 8 | CONSTRUCTION, INC., a California corporation; The Estate of WILLIAM B. |
| 9 | WONG, a deceased individual; CITY OF OAKLAND, a municipal corporation; ROBERT |
| 10 | D. MERKAMP, an individual; TIMOTHY C. LOW, an individual; WELDON S. WIRT, an |
| 11 | individual; EMMANUEL WATSON, an individual; FELICIA L. WANZO-BRYANT, an |
| 12 | individual; RONALD J. HURTZ, an individual; TERRANCE J. HARRIS, an individual; |
| 13 | XAVIER O. LIVERMON, an individual; GLORIA J. YAMATO, an individual; OLD |
| 14 | REPUBLIC NATIONAL TITLE INSURANCE COMPANY, a Florida corporation; HELEN |
| 15 | BENSON-STONE, an individual; COMPASS CALIFORNIA II, INC., a Delaware corporation; |
| 16 | VERNON G. MCCALLA, JR., an individual; JASON P. MITCHELL, an individual; |
| 17 | STERLING BANK & TRUST, a Michigan corporation; MOVEMENT MORTGAGE, a |
| 18 | Delaware corporation; SERVICEMAC, LLC,  a Delaware corporation; MTC FINANCIAL INC. |
| 19 | d/b/a TRUSTEE CORPS, a California corporation; AUCTION.COM, INC., a |
| 20 | California corporation; FEDERAL NATINOAL MORTGAGE ASSOCIATION a/k/a FANNIE |
| 21 | MAE, a corporation organized and existing under the laws of the United States of America; |
| 22 | TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, a Connecticut |
| 23 | corporation; ATLANTIC-PACIFIC INSURANCE BROKERS, INC., a California |
| 24 | corporation; STERLING M. FAIRHOLM, an individual; MITCHELL R. VARHULA, an |
| 25 | individual; and DOES 1 through 50, inclusive, |
| 26 | Defendants. |
| 27 | |
| 28 | |

1        Plaintiffs MATTHEW V. VAUGHAN and AMY A. VAUGHAN (collectively, "Plaintiffs"), representing themselves pro se, and Defendants MOVEMENT MORTGAGE, LLC and SERVICEMAC, LLC (the "Defendants"), by and through their counsel, (collectively the "Parties"), hereby submit this Stipulation and Proposed Order enlarging the time to submit their respective briefs in Response to and Reply in Support of Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint. In support thereof, the Parties state the following:

    1.     Defendants filed a Motion To Dismiss Plaintiffs' First Amended Complaint [Rule 12(b)(6)] on November 15, 2023. Dkt. No. 101.

    2.     On November 21, 2023, Defendant FEDERAL NATIONAL MORTGAGE ASSOCIATION filed a Notice of Motion and Joinder in the Defendants' Motion to Dismiss. Dkt. No. 120.

    3.     The original hearing date for this motion was February 1, 2024.

    4.     On November 27, 2023, this case was reassigned to Hon. Rita F. Lin, and the February 1, 2024 hearing date was vacated. The hearing date for this motion has not yet been re-noticed but the Parties plan to note it for January 30, 2023 at 1:30 PM PST via Zoom.

    5.     Plaintiffs in this matter have responses to five (5) pre-pleading motions due over the next three (3) days and are requesting additional time to file their responsive briefs.

    6.     Defendants stipulate to Plaintiffs' request.

    7.     The original filing date for Plaintiffs' response was November 29, 2023.

    8.     The original filing date for Defendants' reply was December 6, 2023.

    9.     The Parties would like to extend the time for Plaintiffs to respond to <u>December 13, 2023</u> and for Defendants to reply to <u>December 20, 2023</u>.

    10.     No previous time modifications have been made for this motion, and in light of the vacated hearing date, the requested time modification will have no effect on the schedule for the case.

**IT IS SO STIPULATED BY THE PARTIES.**

| | |
|---|---|
| DATED: 11/29/2023 | By: /s/<br>MATTHEW V VAUGHAN<br>Plaintiff, *Pro Se* |
| DATED: 11/29/2023 | By: /s/<br>AMY A VAUGHAN<br>Plaintiff, *Pro Se* |
| DATED: 11/29/2023 | By: /s/ *Meagan S. Tom*<br>MEAGAN S. TOM<br>Locke Lord, LLP<br><br>And<br><br>By: /s/ *Aaron A. Wagner*<br>AARON A. WAGNER (*Pro Hac Vice Application pending*)<br>Hanszen Laporte LLP<br>*Attorneys for Defendants Movement Mortgage, LLC and ServiceMac, LLC* |

FILER'S ATTESTATION: Pursuant to Local Rule 5-1, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

| | |
|---|---|
| DATED: 11/29/2023 | Respectfully Submitted,<br><br>By: /s/<br>AMY A VAUGHAN |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 11/30/2023

Honorable Rita F. Lin
United States District Court Judge