UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW V. VAUGHAN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>RUSSELL L. WARDHAUGH, et al.,<br><br>　　　　　Defendants. | Case No. 23-cv-02879-RFL<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 367 |

In view of Matthew Oliveri's notice of ineligibility to practice law in California (Dkt. No. 367), by **December 9, 2024**, Oliveri is **ORDERED TO SHOW CAUSE** why he should not be removed as counsel in this matter pursuant to Civil Local Rule 11-1. In lieu of a response to this order to show cause, Oliveri may file a motion to withdraw by that date that (a) verifies that Oliveri notified Defendants Scott E. Clare, Bolinas Rd., LLC, Russell L. Wardhaugh, and Amanda N. Wardhaugh of his suspension, (b) provides those Defendants' contact information, and (c) certifies that this Order to Show Cause has been served on those Defendants.

　　**IT IS SO ORDERED.**

Dated: November 25, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　RITA F. LIN
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1