UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW V. VAUGHAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CRUTRASK, INC., et al., <br><br> Defendants. | Case No. 23-cv-02879-RFL <br><br> **ORDER DISMISSING ACTION** <br> Re: Dkt. No. 384 |

On January 21, 2025 the Court dismissed civil RICO and state law claims against Defendants who had moved to dismiss Plaintiffs' third amended complaint ("Moving Defendants"). (Dkt. No. 376.) The Court simultaneously denied Plaintiffs leave to file a fourth amended complaint, and ordered Plaintiffs to show cause why their civil RICO claims against the remaining Defendants should not also be dismissed, and why the remaining state law claims should not be dismissed for lack of subject-matter jurisdiction. (*Id.* at 5, 8.)

In their response, Plaintiffs do not raise any factual or legal basis for treating the remaining Defendants differently from the Moving Defendants. (Dkt. No. 384.) Instead, Plaintiffs state that they understand the Court's order to show cause ("OSC") to be a "notice of imminent judgment" and, therefore, they "reiterate [their prior] opposition to the dismissal." (*Id.* at 2.) Plaintiffs also concede that, should the civil RICO claims be dismissed, the Court must also dismiss the state law claims for lack of jurisdiction. (*Id.* at 3.) Finally, Plaintiffs attach a "draft fourth amended and restated complaint" which they believe "clarif[ies]" their RICO claim. (*Id.* at 2.) Plaintiffs did not seek leave to file a fourth amended complaint, nor does their OSC response identify any new facts in the draft fourth amended complaint that would cure the

1

2

deficiencies identified in the Court's January 21, 2025 Order with respect to the remaining Defendants. To the extent that Plaintiffs' response requests that any dismissal should be with leave to amend, that request is denied for the same reasons stated in the January 21, 2025 Order.

Therefore, because Plaintiffs have not identified any reason for treating their civil RICO claims against the remaining Defendants differently than those claims against the Moving Defendants, the civil RICO claims are **DISMISSED WITH PREJUDICE** without leave to amend for the reasons explained in the Court's prior order. (Dkt. No. 376.) The Court declines to exercise supplemental jurisdiction over the state law claims against the remaining Defendants for the same reasons stated in the prior order, and the state law claims are dismissed **WITHOUT PREJUDICE** to refiling in state court.

**IT IS SO ORDERED.**

Dated: April 17, 2025

RITA F. LIN
United States District Judge